UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**OBIE DYWANE HOLLIMAN,**

    **Plaintiff,**

v.                                                     **Case No. 5:24-cv-130-MCR-MJF**

**K WATKINS, et al.**

    **Defendants.**

_____/

## **ORDER**

The Magistrate Judge issued a Report and Recommendation dated December 23, 2024. ECF No. 10. The Court furnished Plaintiff a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to 28 U.S.C. § 636(b)(1). There have been no timely filed objections.

Having fully considered the Report and Recommendation and the record, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is **ORDERED**:

1. The Magistrate Judge's Report and Recommendation, ECF No. 10, is adopted and incorporated by reference into this Order.

2. The case is **DISMISSED** with prejudice for the failure to comply with Court orders and failure to prosecute.

3.  The Clerk is directed to enter a judgment of dismissal and close the file.

**DONE AND ORDERED** this 24th day of April 2025.

*M. Casey Rodgers*
**M. CASEY RODGERS
UNITED STATES DISTRICT JUDGE**